# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 1, 2013

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 0 5 2013

FILED_____
DOCKETED_____
         DATE    INITIAL

Re: Medtronic, Inc.
v. Richard Stengel, et ux.
Application No. 12A931
(Your No. 10-17755)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kennedy, who on April 1, 2013 extended the time to and including May 10, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by _____

Redmond K. Barnes
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Miguel A. Estrada
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 0 5 2013

FILED _____
DOCKETED _____
            DATE        INITIAL